# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141614

GERALD W. CURRY,
    Plaintiff-Appellee,

v

AMERICAN AXLE & MANUFACTURING
COMPANY and PACIFIC EMPLOYERS
INSURANCE COMPANY,
    Defendants-Appellants.

SC: 141614
COA: 292403
WCAC: 08-000203

_____/

   On order of the Court, the application for leave to appeal the July 8, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

            Clerk